UNITED STATES DISTRICT COURT          FILED '10 JAN 27 09:57 USDC-ORP

DISTRICT OF OREGON


**ALFRED E. BRACKENBURY,**                    Civil No. 05-155-MO

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**                         *CB*

**COMMISSIONER of Social Security,**      ~~[PROPOSED]~~ ORDER FOR EAJA FEES


    Defendant.

_____

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $7390.79, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; expenses in

the amount of $108.21; and costs in the amount of $740.57, pursuant to 28 U.S.C. § 1920, shall

be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, at the following

address:

Linda Ziskin
Ziskin Law Office
PO Box 2237
Lake Oswego, OR 97035


DATED this **27** day of January, 2010.

                         HON. MICHAEL W. MOSMAN
                         UNITED STATES DISTRICT JUDGE


Presented by:

/s/__Linda Ziskin_

**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff